DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BLUE WATER, LLC,**
Appellant,

v.

**SOUTH FLORIDA WATER MANAGEMENT DISTRICT,**
Appellee.

No. 4D2023-0552

[February 22, 2024]

Appeal from the Division of Administrative Hearings and the South Florida Water Management District; L.T. Case Nos. 2023-01-FOF-ERP, DOAH220839, DOAH22-0840, and DOAH22-1566.

John J. Fumero and Stephen L. Conteaguero of Nason, Yeager, Gerson, Harris & Fumero, P.A., Boca Raton, for appellant.

Robert C. Glass of South Florida Water Management District, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***